Robert C. Montgomery, Esq.
Idaho SBN: 1793
2160 S. Twin Rapid Way
Boise, ID 83709
Ph: (208) 322-8865
Fax: (208) 322-8395
bmontgomerylaw@gmail.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## BOISE DIVISION

| | |
|---|---|
| DAVID SHEARS, | ) |
| Plaintiff, | ) |
| v. | ) **VERIFIED COMPLAINT** |
| ASSOCIATED CREDITORS EXCHANGE, | ) (**Unlawful Debt Collection Practices**) |
| Defendant. | ) |

## PLAINTIFF'S VERIFIED COMPLAINT

DAVID SHEARS ("Plaintiff"), through attorney, ROBERT C. MONTGOMERY, alleges the following against ASSOCIATED CREDITORS EXCHANGE ("Defendant"):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Idaho; therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Cottonwood, Idaho County, Idaho.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant is a collections business with an office in Phoenix, Arizona.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. In or around January of 2012, Defendant began placing calls to Plaintiff, apparently in connection with the collection of an alleged debt.

11. Defendant repeatedly calls Plaintiff and leaves voicemails on his phone which do not contain meaningful disclosure of the caller's identity or the purpose of the call, nor the admonishment that the communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

12. For example, in early February of 2012, Defendant left a message on Plaintiff's phone which stated:

> "This message is for David or Erin Shears. If you could please contact the office of Mr. Mowery. I'm calling in regards to a business matter which has been placed on my desk. One of you please contact me right away. Direct line is 800-280-3800, the extension is 55804. Once again my name is Mr. Mowery and I'll be waiting on a phone call. Thank you."

13. No further information is provided on the voicemails, and so Plaintiff has no way of

knowing the identity of the caller or the purpose of the call.

## COUNT I:
## DEFENDANT VIOLATED THE FAIR DEBT
## COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on, but not limited to, the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt;

    b. Defendant violated §1692d(6) of the FDCPA through the placement of calls without meaningful disclosure of the caller's identity;

    c. Defendant violated § 1692e of the FDCPA through the use of false, deceptive, or misleading representation or means in connection with the collection of any debt; and

    d. Defendant violated §1692e(11) of the FDCPA through the failure to state in communications with a consumer in connection with the collection of a debt that the communication is from a debt collector and that any information obtained will be used for that purpose.

WHEREFORE, Plaintiff, DAVID SHEARS, respectfully requests judgment be entered against Defendant, ASSOCIATED CREDITORS EXCHANGE., for the following:

15. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

17. Any other relief this Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: /s/Robert C. Montgomery_____
Robert C. Montgomery
Idaho SBN: 1793
Ph: (208) 322-8865
Attorney for Plaintiff

PLAINTIFF'S VERIFIED COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF IDAHO            )
                          )
COUNTY OF _Idaho_         )

Plaintiff, DAVID SHEARS, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DAVID SHEARS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_2/28/2012_
Date

_/s/ David Shears Jr_
DAVID SHEARS