Terrence S. Jones, ISB No. 5811
Aubrey D. Lyon, ISB No. 8380
CAREY PERKINS LLP
Sixteenth Floor, U.S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 519
Boise, Idaho 83701
Telephone (208) 345-8600
Facsimile (208) 345-8660
tsjones@careyperkins.com
adlyon@careyperkins.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID SHEARS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ASSOCIATED CREDITORS EXCHANGE,<br><br>　　　　Defendant. | Case No. 1:12-cv-00137-S-LMB<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

COME NOW the above-entitled parties, by and through their respective counsel, and stipulate that the above-entitled action shall be dismissed with prejudice and without costs and attorney fees to any party.

DATED this 23rd day of October, 2012.

ROBERT C. MONTGOMERY, CHTD.

By _____
Robert C. Montgomery, Of the Firm
Attorneys for Plaintiff David Shears

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

DATED this 24th day of October, 2012.

                CAREY PERKINS LLP

                By _Aubrey D. Won for_
                Terrence S. Jones, Of the Firm
                Attorneys for Defendant